# DELL&DEAN, PLLC

## ATTORNEYS AT LAW

**1225 FRANKLIN AVENUE, SUITE 450**
**GARDEN CITY, NEW YORK 11530**
**OFFICE 516.880.9700**

www.D2TrialLaw.com

July 17, 2023

**VIA PACER ONLY**
Honorable Magistrate Judge Barbara C. Moses
United States District Court Southern District of New York
500 Pearl Street
New York, New York 10007

      **RE:** **Lynch v. MTA Metro-North Railroad**
            **Docket No.: 22-cv-04335(JHR)(BCM)**
            **Our File No.: 6036**

Dear Honorable Judge Moses:

     The undersigned represents the Plaintiff in the above-captioned matter. Please accept this correspondence as a request on consent, to adjourn the Settlement Conference set for Thursday, July 20, 2023.

(1) Original date of Settlement Conference: July 20, 2023.
    a. Proposed new dates: August 8, 2023, or August 10, 2023, after 12:00p.m.
(2) Number of previous requests for adjournment of Settlement Conference: One (1).
(3) The prior request was granted: *See* Doc. 27.
(4) Early today, the undersigned received a file from prior counsel which encompassed documents we did not have previously and certainly need to review. At this juncture, it would not be meaningful for a settlement conference. Our office would like a reasonable time to review this new information and to confirm there is no outstanding discovery that exists that could perhaps affect settlement negotiations.
(5) All parties consent.

     As this request is on consent, and does not prejudice either party, the undersigned requests that this application be granted. Thank you for your time and consideration in this matter.

                             Very Truly Yours
                             */s/ Joseph Dell*
                             JOSEPH G. DELL

     CC:      Counsel of record via PACER, *only*.

---

Application GRANTED. The settlement conference scheduled for July 20, 2023 is ADJOURNED to **August 8, 2023**, at **2:15 p.m.** The parties' confidential settlement letters are now due by **August 1, 2023**. (*See* Dkt. 18.) SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
July 18, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/2023