# DELL&DEAN, PLLC
## ATTORNEYS AT LAW

**1225 FRANKLIN AVENUE, SUITE 450**
**GARDEN CITY, NEW YORK 11530**
**OFFICE 516.880.9700**

www.D2TrialLaw.com

**MEMO ENDORSED**

August 3, 2023

<u>**VIA PACER ONLY**</u>
Honorable Magistrate Judge Barbara C. Moses
United States District Court Southern District of New York
500 Pearl Street
New York, New York 10007

      **RE:**    **Lynch v. MTA Metro-North Railroad**
              **Docket No.: 22-cv-04335(JHR)(BCM)**
              **Our File No.: 6036**

Dear Honorable Judge Moses:

    The undersigned represents the Plaintiff in the above-captioned matter. Please accept this correspondence as a request on consent, to adjourn the Settlement Conference set for Tuesday, August 8, 2023.

(1) Original date of Settlement Conference: August 8, 2023
    a. Proposed new dates: September 19, September 20
(2) Number of previous requests for adjournment of Settlement Conference: Two (2).
(3) The prior request was granted: *See* Doc. 28.
(4) It seems that our firm still does not have the full file from prior counsel. Additionally, there seems to be a discrepancy as to prior negotiations. To avoid any issues and/or resources being wasted at a Settlement Conference, the undersigned would like additional time to discuss settlement positions with both our client and Defendant.
(5) All parties consent.

    As this request is on consent, and does not prejudice either party, the undersigned requests that this application be granted. Thank you for your time and consideration in this matter.

                        Very Truly Yours
                        */s/ Joseph Dell*
                        JOSEPH G. DELL

    CC:    Counsel of record via PACER, *only*.

---

Application GRANTED. The settlement conference scheduled to take place on August 8, 2023 is ADJOURNED to **September 20, 2023** at **2:15 p.m.** The parties' confidential settlement letters are due no later than **September 13, 2023**. (*See* Dkt. 18.) SO ORDERED.

*[signature]*
Barbara Moses
United States Magistrate Judge
August 3, 2023